# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 25-02629-FWS (MARx) | Date | December 2, 2025 |
|---|---|---|---|
| Title | Khanh Quang Nguyen v. Kristi Noem et al | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

E. Katharine Tinto    Patrick James Kearney

**PROCEEDINGS:    PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [5]**

Petitioner's Ex Parte Application for Temporary Restraining Order [5] hearing held. The Court hears oral argument from the parties. The Court takes the matter under submission. Order to issue.

: 17

Initials of Deputy Clerk    rrp

CC: